Kentha Earl McDOWELL

v.

UNITED STATES of America.

No. 6668.

United States Court of Appeals
Tenth Circuit.

April 10, 1961.

No attorney for appellant.

Donald G. Brotzman, U. S. Atty., Denver, Colo., for appellee.

Before MURRAH, Chief Judge, and LEWIS and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure of appellant diligently to prosecute same.

COMMISSIONER OF INTERNAL REVENUE

v.

ESTATE of S. E. VANCE, Deceased, by Margaret Vance, Cyrus B. Vance, and William Vance, his Executors, and Margaret Vance.

No. 6696.

United States Court of Appeals
Tenth Circuit.

April 11, 1961.

Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Attorney, Tax Division, Department of Justice, Washington, D. C., and R. P. Hertzog, Acting Chief Counsel, and C. R. Marshall, Sp. Atty., Internal Revenue Service, Washington, D. C., for petitioner.

J. Eben Hart, Oklahoma City, Okl., for respondent.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Dismissed pursuant to stipulation of the parties.